# Exhibit F

ISA/GS/ST: 004549704/4549704/000000006

SUBMITTED CLMNum: 75248746

CLIENT CODE: 2447　　02　$664727.4　FILE NAME: h4549704.837

MGCLMNum: 56453587

| | | | | |
|---|---|---|---|---|
| MT. SINAI HOSPITAL | 2 | | 3a PAT. CNTL # 150100228746498495 | |
| 1 GUSTAVE L. LEVY PLACE | P.O. BOX 27759 | | b MED. REC. # 0075245745 | 111 |
| NEW YORK | NY 10029000 NEW YORK | NY 10067000 | 5 FED. TAX NO. 131624096 | 6 STATEMENT COVERS PERIOD FROM 20141221 THROUGH 20141223 | 7 |

8 PATIENT NAME

9 PATIENT ADDRESS

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|
| | M | 20141221 1200 2 | 4 | 1900 | 20 | | | | |

| 31 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|

| 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|
| a | | |
| b | | |
| c | | |
| d | | |

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 210 | CORONARY CARE - GENERAL CLASSI | | 20141221 | 2 | 20000.00 | 0.00 | |
| 250 | PHARMACY - GENERAL CLASSIFICAT | | 20141221 | 102 | 11760.80 | 0.00 | |
| 270 | MED/SURGICAL SUPPLS. & DEVICES | | 20141221 | 10 | 2628.72 | 0.00 | |
| 272 | MED/SURGICAL SUPPLS. & DEVICES | | 20141221 | 1 | 132.85 | 0.00 | |
| 278 | MED/SURGICAL SUPPLS. & DEVICES | | 20141221 | 7 | 18823.93 | 0.00 | |
| 300 | LABORATORY - GENERAL CLASSIFIC | | 20141221 | 10 | 328.00 | 0.00 | |
| 301 | LABORATORY - CHEMISTRY | | 20141221 | 291 | 13969.00 | 0.00 | |
| 302 | LABORATORY - IMMUNOLOGY | | 20141221 | 2 | 68.00 | 0.00 | |
| 305 | LABORATORY - HEMATOLOGY | | 20141221 | 64 | 1270.00 | 0.00 | |
| 306 | LABORATORY - BACTERIOLOGY & MI | | 20141221 | 2 | 225.00 | 0.00 | |
| 324 | RADIOLOGY - DIAGNOSTIC CHEST X | | 20141221 | 4 | 1040.00 | 0.00 | |
| 360 | OPERATING ROOM SERVICES - GENE | | 20141221 | 3 | 12300.00 | 0.00 | |
| 364 | BLOOD - BLOOD/PLATELETS | | 20141221 | 1 | 1084.00 | 0.00 | |
| 386 | BLOOD - BLOOD/COMPONENTS | | 20141221 | 4 | 1444.13 | 0.00 | |
| 391 | BLOOD STORAGE & PROCESSING - B | | 20141221 | 4 | 1100.00 | 0.00 | |
| 410 | RESPIRATORY SERVICES - GENERAL | | 20141221 | 3 | 1900.00 | 0.00 | |
| 636 | DRUGS REQUIRING SPECIFIC IDENT | | 20141221 | 934 | 366.08 | 0.00 | |
| 730 | EKG/ECG (ELECTROCARDIOGRAM) GE | | 20141221 | 4 | 840.00 | 0.00 | |
| 801 | INPATIENT RENAL DIALYSIS HEMOD | | 20141221 | 2 | 5600.00 | 0.00 | |

PAGE 1 OF 1　　CREATION DATE 150211　　94880.52　　0.00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | |
|---|---|---|---|---|---|---|---|
| AWF LOCAL 338 PLAN OF BENEFITS | CSRD | Y | Y | | | 57 OTHER PRV ID | C50% |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 18 | 075583060 | | 2447 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 41001 | 78551 | 570 | 5845 | 42821 | 99693 | 2762 | 2875 | 78972 | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 51881 | 2768 | 2760 | | 2851 | | O | P | O | |

69 ADMIT DX　　70 PATIENT REASON DX a b c　71 PPS CODE 877　72 ECI a b c 75

| 74 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 76 ATTENDING NPI 1205869765 QUAL |
|---|---|---|
| 3965 20141221 | 9904 20141221 | 9962 20141222 | LAST ANELECHI FIRST ANYANWU |

| a. OTHER PROCEDURE CODE DATE | 77 OPERATING NPI QUAL |
|---|---|
| 3995 20141222 | 0017 20141221 | 9671 20141221 | LAST FIRST |

80 REMARKS 20150210

81 CC
a 78 OTHER NPI LAST QUAL FIRST
b LAST QUAL FIRST
c 79 OTHER NPI LAST QUAL FIRST
d LAST QUAL FIRST

UB-04 CMS-1450　　APPROVED OMB NO.

NUBC LIC9213287
****GENERATED FROM DATA*****
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF